IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

STEPHANIE LOPEZ, INDIVIDUALLY AND   §
ON BEHALF OF ALL OTHER SIMILARLY   §
SITUATED PERSONS;   §        1:22-CV-00889
     *Plaintiff*   §
  §
V.   §
  §
EZCORP, INC., AND TEXAS EZPAWN, L.P.,   §
     *Defendants*   §

## <u>ORDER</u>

Before the court is the above-styled cause of action, in which Defendant EZCorp, Inc. and Texas EZPawn, L.P. made an appearance on December 2, 2022. The record reflects that no proposed scheduling order has been submitted in this cause. *See* W.D. Tex. Loc. R. CV-16(c) (not later than 60 days after any appearance of any defendant, the parties shall submit a proposed scheduling order to the court).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," and submit a Joint Proposed Scheduling Order utilizing District Judge Robert Pitman's form **on or before Thursday, May 25, 2023. Failure to submit a Joint Proposed Scheduling Order will result in dismissal of this civil action.**

SIGNED this 11th day of May, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE