IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STEPHANIE LOPEZ, individually and on behalf of all other similarly situated persons,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>EZCORP, INC. and TEXAS EZPAWN, L.P.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:22-cv-889-ADA |

## ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE

Pending before the Court is the Plaintiffs' and Defendants' Joint Motion for Settlement Approval and Dismissal with Prejudice. ECF No. 31. Having considered the motion and accompanying exhibits, the Court finds that the Parties' settlement agreement is fair and reasonable.

**IT IS THEREFORE ORDERED** that the Joint Motion for Approval of Settlement and Dismissal with Prejudice is GRANTED, and all of Plaintiff Stephanie Lopez and Jazmin Alvarado's claims filed against Defendants as outlined in Plaintiffs' Complaint, ECF No. 1, are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

Signed this   21st   day of       February        , 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE